GATES SHERWOOD AND OTHERS, EXECUTORS, ETC., APPEL-
LANTS, v. THE MERCANTILE MUTUAL INSURANCE
COMPANY, RESPONDENT.

*When verdict may not be directed by the court — conflict of evidence.*

The court is not authorized to direct the jury to find a verdict for a party, when
there is a conflict in the evidence, or a dispute about the facts, unless there is
such a preponderance of evidence on one side that a verdict to the contrary
would be set aside as being against evidence. (*Stone* v. *Flower*, 47 N. Y., 566;
3 Wait's Pr., 181, 182.)
Whether there be any evidence is for the court; whether there be sufficient
evidence is for the jury. (*Anderson* v. *Morice*, L. R. [10 C. P.], 58.)

APPEAL by the plaintiffs from an order denying a new trial.

*E. Porter*, for appellant.  *George B. Hubbard*, for respondent.

Opinion by GILBERT, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Order reversed and a new trial granted, with costs to abide the event.